# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

ELAINE ANDRADE RIBEIRO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-777

————————————————

January 12, 2024

Appeal from the Circuit Court for Pinellas County; Michael F. Andrews, Judge.

Howard L. Dimmig, II, Public Defender and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

PER CURIAM.

Affirmed.

KELLY, MORRIS, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.